UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AUSTIN BLAYNEY,<br><br>Petitioner,<br><br>v.<br><br>NICK BAIRD, ISCI Warden,<br><br>Respondent. | Case No. 1:26-cv-00276-DCN<br><br>**INITIAL REVIEW ORDER** |

Petitioner Austin Blayney an inmate in the custody of the Idaho Department of Correction, has filed a Petition for Writ of Habeas Corpus. *See* Dkt. 1. The Court must review each habeas corpus petition upon receipt to determine whether the petition is subject to summary dismissal pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules").

The Petition does not comply with Habeas Rule 2(d), which requires any habeas petition brought pursuant to 28 U.S.C. § 2254 to "substantially follow either the form appended to these rules or a form prescribed by a local district-court rule." The Petition in this case does neither.

**ACCORDINGLY, IT IS ORDERED:**

1. Within 28 days after entry of this Order, Petitioner must file an amended petition that complies with Habeas Rule 2(d).

2. The Clerk of Court will provide Petitioner with this Court's form § 2254 petition, and Petitioner is encouraged and expected to use that form to draft any amended petition. If Petitioner does not file a timely amended petition, this case may be dismissed without further notice.

DATED: October 5, 2026

David C. Nye
U.S. District Court Judge